
Constitution Law §8. Complaint, petition or declaration - Allegations - Jail Conditions Amounting to Cruel And Unusual Punishment Violative of Eighth Amendment.

4-21CV-043-Y

Tarrant County Jail "GreenBay" which is being operated by defendants persuant to State And Federal Law was originally built as a Warehouse, And was built in the Year of (?), And was designed to Warehouse 24 inmates in a 24 Foot X 32 Foot holding Cell. According to Prison Litagation reform Act, they request that All Jails And institutions Should follow (C.D.C.) Center for Disease Control guidlines which the 6 Foot guidline is ineffect. Also the Greenbay facility is over Crowded And they have inmates housed here that should be released. Under these Conditions, I Am A federal inmate with A 3 year sentence. My Name is Alexis Orozco #0944062 Case #1603320, 1603322, 1603323. All these Are Ft. Worth Cases And I Can not get my Attorney to Act on them which I Already recieved 3 years on #1603320 Federal time. All I Am Asking is to run these others CC. And deport me?

Alexis Orozco
Pro Se

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 14 2021
CLERK, U.S. DISTRICT COURT
By MW 11:39
Deputy

Alexis Orozco
09440b2
100 N. Lamar
Ft. Worth, TX
76196

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX
FORT WORTH DIVISION
RECEIVED

'21 JAN 14 AM 10:48

DEPUTY CLERK_____

Office of Clerk of the United
States District Court
501 West Tenth St. Rm 310
Ft. Worth, TX
76102



(Legal Mail)

U.S. POSTAGE >> PITNEY BOWES
ZIP 76196 $ 000.50⁰
02 1W
0001399895 JAN 11 2021

TARRANT COUNTY JAIL MAILROOM